1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA SUI CORP., *et al*.,<br><br>Defendants. | Case No. 2:16-cv-05102-SS<br><u>Honorable Suzanne H. Segal Presiding</u><br><br>**ORDER ON   STIPULATION OF DISMISSAL** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

SO ORDERED.

Dated: 1/24/18         By: _____/S/_____
                          HONORABLE SUZANNE H. SEGAL
                          U.S. MAGISTRATE JUDGE